UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.                                                                       Case No. 18-CR-122

JACOB MACLIN,

    *Defendant*.

## UNOPPOSED MOTION TO ADJOURN TRIAL

Jacob Maclin, by undersigned counsel, moves this court for an adjournment of the final pretrial and jury trial in this case. When Maclin made his initial appearance on July 16, 2018, the case was set for trial on September 24, 2018 and a final pretrial was scheduled for September 6, 2018. *See* Doc. 3. Magistrate Judge Nancy Joseph also set a schedule for the filing of file pretrial motions. Doc. 4. On July 31, 2018, Maclin filed an unopposed motion to extend the deadlines in Judge Joseph's pretrial scheduling order by two weeks. Doc. 17. Maclin's proposal would extend the defendant's reply deadline to August 29, 2018. On August 1, Judge Joseph held a hearing on the motion, and noted that the proposed schedule afforded little time for the Court to issue a Report and Recommendation to this Court prior to the final pretrial conference. *See* Doc. 18. Counsel for Maclin also

noted that, based on information he received earlier in the day, his original two-week extension was not going to be enough time to complete the investigation necessary to file motions. *Id.* Judge Joseph asked the defense to seek an adjournment of the final pretrial and jury trial to accommodate a different motion schedule, and indicated that the Court would hold Maclin's motion to extend the motion deadline in abeyance until this Court took action on a request to postpone the trial and final pretrial dates.

As an additional matter, counsel for Maclin has a pre-scheduled vacation and will be out of town on September 24 and 25.

For those reasons, Maclin asks that the Court adjourn or vacate the final pretrial and jury trial. He further asks that once all motions have been resolved, the court schedule the matter for a hearing to set further dates. The undersigned has consulted with counsel for the government, Assistant United States Attorney Lisa Wesley, who indicated that the government does not oppose Maclin's request.

Dated at Milwaukee, Wisconsin, this 2nd day of August, 2018.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182

2

Milwaukee, WI 53202
Tel. (414) 221-9900
Email: joshua_uller@fd.org

*Counsel for Defendant, Jacob Maclin*