# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender  
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor  
John W. Campion  
Shelley M. Fite  
Anderson M. Gansner  
Gabriela A. Leija  
Peter R. Moyers  
Ronnie V. Murray  
Tom E. Phillip  
Joshua D. Uller  
Kelly A. Welsh

517 East Wisconsin  
Suite 182  
Milwaukee, Wisconsin 53202

Telephone 414-221-9900  
Facsimile 414-221-9901

August 7, 2018

Hon. Nancy Joseph  
United States District Court  
for Eastern District of Wisconsin  
517 E. Wisconsin Avenue  
Milwaukee, WI 53202

RE: *United States v. Jacob L. Maclin,* Case No. 18CR122(PP)

Dear Judge Joseph,

Judge Pepper has vacated the final pretrial and jury trial dates in this case. That action hopefully allows this Court to set a pretrial motion schedule consistent with Mr. Maclin's requested extension. While Mr. Maclin's motion originally sought a two-week extension, as I indicated to the Court during last week's hearing, I will not have completed our investigation by August 14. I do anticipate that it will be complete by August 17. As a result, I am asking the Court to order that Maclin's pretrial motions be filed by August 24, the government's response be filed by September 4, and any reply to be filed by September 10. Should the Court have any questions, please feel free to contact me.

Sincerely,

*s/Joshua D. Uller*  
Joshua D. Uller

JDU/lc